**No. 48700.**—Protest 479463–G of Otto Cohen (New York).

Opinion by TILSON, J. At the trial the plaintiff testified that certain items in question were the same in all material respects as those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664). In accordance therewith the claim at 25 percent under paragraph 1504 (b) (5) was sustained as to those items.